

# Mars Khaimov Law, PLLC

108-26 64th Avenue, Second Floor

Forest Hills, NY 11375

Tel.: 929.324.0717

E-mail: marskhaimovlaw@gmail.com

**August 31, 2021**

**VIA ECF**

Hon. Judge John P. Cronan
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:    Quezada v. Plaza Motors of Brooklyn, Inc.
            Case No. 1:21-cv-05102-JPC

Dear Judge Cronan,

    The undersigned represents Plaintiff Jose Quezada (hereinafter "Plaintiff") in the above-referenced matter.

    The initial conference for this matter is set for September 7, 2021. Plaintiff's Counsel observes the Holiday of Rosh Hashana and therefore will not be able to attend. Plaintiff is requesting on consent, an adjournment of the conference and suggests October 13, 2021, October 14, 2021, and October 18, 2021, as alternatives dates to hold the conference.

    Thank you for your time and consideration of the above request.

/s/Mars Khaimov
Mars Khaimov, Esq.,

The initial pretrial conference scheduled for September 7, 2021 is adjourned to October 14, 2021 at 10:00 a.m.

SO ORDERED.
Date: September 2, 2021
New York, New York



JOHN P. CRONAN
United States District Judge