UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
JOSE QUEZADA, *on behalf of himself and all others similarly situated*,

                                 Plaintiff,                      21 Civ. 5102 (JPC)

          -v-                                               ORDER

PLAZA MOTORS OF BROOKLYN, INC.,

                               Defendant.
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

       The Court received a report that one or both of the parties failed to attend, refused to attend, or refused to participate in the Court-ordered mediation. By November 30, 2021, the parties shall file a joint status letter summarizing why one or both of the parties failed to comply with this Court's order.

       SO ORDERED.

Dated: November 23, 2021
       New York, New York                          JOHN P. CRONAN
                                                       United States District Judge